UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | 2:15-cv-00981-SVW-MRW | Date | February 19, 2015 |
|---|---|---|---|
| Title | David Shamouelian v. Joseph Nazar | | |

Present: The Honorable   STEPHEN V. WILSON, U.S. DISTRICT JUDGE

| Paul M. Cruz | Anne Kielwasser | |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorneys Present for Plaintiffs:

Bertram Harris Fields
James Ryan Molen

Attorneys Present for Defendants:

John R DaCorsi

**Proceedings:**   [13] EX PARTE APPLICATION for Temporary Restraining Order as to Defendant Joseph Nazar Ex Parte Application filed by Plaintiff David Shamouelian

The Court ORDERS the parties to inform the Court of:

1. The date of the New York trade show.

2. Whether Defendant Joseph Nazar will attend and participate in the New York trade show on behalf of Romeo & Juliet Couture.

3. The explanation, if any, for the commission breakdown and the appearance that Plaintiff was apparently paid an amount equal to 50% of the profits.

The parties shall file before the Court documents containing this information on or before Monday February 23, 2015 at noon.

|   | : | 37 |
|---|---|---|
|   | Initials of Preparer | PMC |